UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
CAROLE SUE TANNEHILL COLEMAN,   )
                                )   1:07-CV-00480 OWW SMS
                                )
              Plaintiff,        )
                                )
         v.                     )   ORDER DISMISSING ACTION
                                )
THE ESTATE OF DAVID KRAHN,      )
   ET.AL,                       )
                                )
                                )
              Defendant.        )
                                )
                                )
```

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:   February 19, 2008**            **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

1